Elmer SANTIAGO, Plaintiff–Appellant,

v.

NEW YORK CITY POLICE DEPART-MENT, Defendant–Appellee.

No. 08–0016–cv.

United States Court of Appeals, Second Circuit.

July 20, 2009.

Elmer G. Santiago, pro se, Bronx, N.Y., for Appellant.

Norman Corenthal, New York City Law Department, Corporation Counsel, New York, N.Y., for Appellee.

PRESENT: GUIDO CALABRESI, Circuit Judge,* EDWARD R. KORMAN,** District Judge.

## SUMMARY ORDER

Appellant Elmer Santiago, *pro se,* appeals the district court's grant of summary judgment dismissing his complaint alleging violations of the Family and Medical Leave Act ("FMLA") and the Americans with Disabilities Act ("ADA"). We assume the

---

** The Honorable Edward R. Korman, Senior Judge of the United States District Court for the Eastern District of New York, sitting by designation.

parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review a district court's order granting summary judgment *de novo,* and ask whether the court properly concluded that there were no genuine issues of material fact and that the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.,* 321 F.3d 292, 300 (2d Cir.2003).

After reviewing all of Santiago's contentions on appeal and the record, we **AFFIRM** the judgment below for substantially the reasons stated by the district court in its thorough opinion and order.